# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>1310 PCH LLC, a California limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-10751-GW-GJS<br><br>Hon. George H. Wu<br><br>**[PROPOSED] JUDGMENT REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff's motion for summary judgment came on for hearing before this Court on August 16, 2021.  Anoush Hakimi appeared for Plaintiff, and Jeffrey Bogert appeared for Defendant.

Plaintiff has established that violations of the Americans with Disabilities Act (ADA) and California's Unruh Civil Rights Act (UCRA) have occurred, and that he is entitled to statutory damages under the UCRA.

Therefore, after consideration of the briefs and arguments of counsel, and all other matters presented to the Court, Plaintiff's motion for summary judgment is hereby GRANTED, and judgment is entered in favor of Plaintiff James Shayler, and against Defendant 1310 PCH LLC, a California limited liability company, in the amount of $16,000 in statutory damages.  Defendant is ordered to comply with the Americans with Disabilities Act and California's Unruh Civil Rights Act by providing accessible routes of travel, parking, and signage at its property located at 1312 Pacific Coast Hwy, Hermosa Beach, CA 90254.

**IT IS SO ORDERED.**

Date: _____         By: _____
                                  Honorable George H. Wu
                                  United States District Judge

Submitted By:
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**