Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
Kyle Wilson (SBN 323888)
kyle@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> 1310 PCH LLC, a California limited liability company; and DOES 1-10, <br><br> Defendants. | Case No. 2:20-cv-10751-GW-GJS <br><br> Hon. George H. Wu <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS** <br><br> Date: September 30, 2021 <br> Time: 8:30 a.m. <br> Courtroom: 9D |

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS

TO 1310 PCH LLC, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 30, 2021, at 8:30 a.m., or as soon thereafter as this matter may be heard by this Court, located at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 9D, 9th Floor, Plaintiff James Shayler ("Plaintiff") will move this Court for an award of his reasonable attorneys' fees in the amount of $31,714, and litigation costs/expenses in the amount of $3,185, for a total award of $34,899, pursuant to 42 U.S.C. § 12205. This motion is made on the grounds that Plaintiff is the prevailing party, because on August 16, 2021, Plaintiff obtained a judgment in his favor, and against Defendant 1310 PCH LLC; and that the requested fees and costs are reasonable.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Anoush Hakimi filed concurrently herewith, the pleadings and papers filed in this case, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated:  August 30, 2021          THE LAW OFFICE OF HAKIMI & SHAHRIARI

                                 By: /s/Anoush Hakimi
                                     Anoush Hakimi, Esq.
                                     Attorneys for Plaintiff James Shayler

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS'
FEES AND COSTS