# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>     Plaintiff,<br><br>  v.<br><br>1310 PCH LLC, a California limited liability company; and DOES 1-10,<br><br>     Defendants. | Case No. 2:20-cv-10751-GW-GJS<br><br>**[PROPOSED] ORDER** |

The Court having received and reviewed the papers in support of, and in opposition to, Plaintiff's Motion for Attorneys' Fees and Costs, and finding good cause therefor, orders as follows:

**IT IS ORDERED** that Plaintiff's Motion is GRANTED, and:

1. Plaintiff is awarded attorneys' fees in the amount of $ 31,714; and
2. Plaintiff is awarded litigation costs in the amount of $ 3,185.

Dated: _____      _____
                              Hon. George Wu
                              United States District Judge

Submitted By:
Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, California 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**JAMES SHAYLER**