# EXHIBIT 1



THE LAW OFFICE OF HAKIMI & SHAHRIARI

Anoush Hakimi, Esq.
Peter Shahriari, Esq.
Laura Steven, Esq.
Kyle Wilson, Esq.

1800 Vine Street
Los Angeles, CA 90028
www.handslawgroup.com

TELEPHONE
(888) 635-2250

FACSIMILE
(213) 402-2170

*Billing Statement as of Monday, August 30, 2021*

| | |
|---|---|
| Today's Date: | August 30, 2021 |
| Range: | 10/28/2020 – 8/30/2021 |
| Case: | James Shayler v. 1310 PCH LLC, et al. |
| Case No: | 2:20-cv-10751-GW-GJS |

*Summary*:

| | |
|---|---|
| Billable Hours: | 75.2 |
| Billable Fees: | $31,714 |
| Litigation expenses: | $3,185 |
| **Total:** | **$34,899** |

*Expense breakdown:*

| | |
|---|---|
| Filing Fee: | $402 |
| Subpoena service: | $120 |
| Investigator: | $240 |
| Chambers copies: | $276 |
| Service: | $105 |
| CASp inspection: | $1230 |
| Deposition: | $812 |

*Hourly Billing Breakdown Follows*

| Date | Description | Biller | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 10/28/2020 | Speak with client regarding allegations | P Shahriari | 0.4 | $495 | $198 |
| 10/28/2020 | Research litigation, previous complaints, public resources regarding adverse action against defendant and tenant | P Shahriari | 0.6 | $495 | $297 |
| 10/29/2020 | Research online databases for financial background of owner, former ownership, other businesses owned by owner and nature of defendant's business operations and likely range of revenues | P Shahriari | 0.5 | $495 | $248 |
| 10/30/2020 | Review all data points and law regarding Plaintiff's complaint against 1310 PCH, LLC, including architectural barriers that he personally encountered, and whether or not he desired to return if the barriers were removed | P Shahriari | 0.6 | $495 | $297 |
| 11/3/2020 | Advise investigator regarding scope pre-filing land inspection | P Shahriari | 0.4 | $495 | $198 |
| 11/19/2020 | Review work product of investigator with regard to pre-filing land inspection; Review and identify particular code violations; Review and analysis of ADAAG regarding same to determine if barriers are violations; Prepare complaint | P Shahriari | 3.6 | $495 | $1,782 |
| 11/23/2020 | Review complaint; Review property records regarding ownership and responsible party | A Hakimi | 1.1 | $495 | $545 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/25/2020 | Finalize complaint and other lawsuit supporting documents; File lawsuit | P Shahriari | 1.8 | $495 | $891 |
| 12/9/2020 | Review and file proof of service | P Shahriari | 0.2 | $495 | $99 |
| 12/28/2020 | Prepare and send default warning letter | P Shahriari | 0.7 | $495 | $347 |
| 1/8/2021 | Review and analysis of answer to complaint | A Hakimi | 0.6 | $495 | $297 |
| 1/17/2021 | Review Court's Order Setting Scheduling Conference | A Hakimi | 0.2 | $495 | $99 |
| 1/29/2021 | Draft Rule 26 report | P Shahriari | 1.3 | $495 | $644 |
| 2/1/2021 | Telephonic early Rule 26 meeting | P Shahriari | 0.5 | $495 | $248 |
| 2/1/2021 | Draft interrogatories, request for land inspection; requests for admission and initial disclosures; Review and revise RFPs | P Shahriari | 3.1 | $495 | $1,535 |
| 2/5/2021 | Review and file Joint Rule 26(f) report | L Steven | 0.2 | $425 | $85 |
| 2/19/2021 | Receive and review Order setting case management deadlines; calendar dates | A Hakimi | 0.4 | $495 | $198 |
| 2/22/2021 | Confer with investigator regarding issues for site inspection | A Hakimi | 0.6 | $495 | $297 |
| 3/17/2021 | Email to counsel providing settlement proposal | A Hakimi | 0.2 | $495 | $99 |
| 3/22/2021 | Review investigator findings, background information regarding Defendant, case documents in preparation for conducting deposition of Defendant's PMK | L Steven | 4.7 | $425 | $1,998 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/23/2021 | Conducted deposition of Defendant's PMK | L Steven | 3.1 | $425 | $1318 |
| 4/27/2021 | Prepare subpoena for deposition of tenant and Request for Production of Documents | A Hakimi | 0.7 | $495 | $347 |
| 5/20/2021 | Prepare meet and confer letter regarding discovery | A Hakimi | 1.1 | $495 | $545 |
| 5/24/2021 | Call with Beach Cities Cleaners tenant regarding deposition | P Shahriari | 0.4 | $495 | $198 |
| 6/2/2021 | Email exchange with counsel for tenant, Beach Cities Cleaners | P Shahriari | 0.4 | $495 | $198 |
| 6/10/2021 | Call with attorney for Beach Cities Cleaners | P Shahriari | 0.5 | $495 | $248 |
| 6/14/2021 | Prepare subpoena for land inspection of Beach Cities Cleaners | A Hakimi | 0.4 | $495 | $198 |
| 6/14/2021 | Prepare draft declaration of representative for Beach Cities Cleaners in lieu of deposition pursuant to discussion with opposing counsel | K Wilson | 1.5 | $295 | $443 |
| 6/15/2021 | Receive and review objections to subpoenas of R. Hakakian and M. Refoua | A Hakimi | 0.3 | $495 | $149 |
| 6/17/2021 | Review draft declaration of representative for Beach Cities Cleaners in lieu of deposition; email same to counsel for Beach Cities Cleaners | A Hakimi | 0.4 | $495 | $198 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/24/2021 | Email exchange with Defendant's counsel confirming CASp inspector may access entirety of property | L Steven | 0.3 | $425 | $128 |
| 6/24/2021 | Numerous additional emails and related exchange regarding CASp inspector access to entirety of property and ex parte motion | A Hakimi | 1.1 | $495 | $545 |
| 6/25/2021 | Prepare ex parte application to enforce subpoena and for sanctions (2.1); declaration of Anoush Hakimi (0.9); proposed Order (0.3); related review of file (1.3) and Magistrate Judge rules regarding ex parte applications (0.3) | L Steven | 6.2 | $425 | $2635 |
| 6/25/2021 | Review and finalize ex parte application and supporting documentation | A Hakimi | 0.4 | $495 | $198 |
| 6/28/2021 | Receive and review email exchange between Magistrate Judge Standish's chambers and Defendant's counsel | A Hakimi | 0.3 | $495 | $149 |
| 6/28/2021 | Receive and review Defendant's objection to ex parte application | A Hakimi | 0.4 | $495 | $198 |
| 6/28/2021 | Receive and review ruling on ex parte application | A Hakimi | 0.3 | $495 | $149 |
| 6/29/2021 | Confer with CASp inspector regarding scope of inspection | L Steven | 0.4 | $425 | $170 |
| 7/6/2021 | Email exchange with Defendant's counsel requesting to meet and confer pursuant to LR 7-3 regarding Plaintiff's contemplated motion for summary judgment | L Steven | 0.3 | $425 | $128 |
| 7/7/2021 | Call with Defendant's counsel regarding Plaintiff's contemplated MSJ and settlement | A Hakimi | 0.6 | $495 | $297 |
| 7/7/2021 | Review file; prepare and finalize mediation brief | K Wilson | 0.6 | $295 | $177 |

| Date | Description | Timekeeper | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/7/2021 | Call with client in preparation for attending mediation | K Wilson | 0.4 | $295 | $118 |
| 7/7/2021 | Email to Defendant's counsel providing settlement proposal | A Hakimi | 0.4 | $495 | $198 |
| 7/8/2021 | Attend mediation with client | K Wilson | 2.1 | $295 | $620 |
| 7/9/2021 | Prepare Joint Status Report re mediation | P Shahriari | 0.4 | $495 | $198 |
| 7/9/2021 | Review file including deposition testimony and discovery responses, with documents produced, in preparation for drafting MSJ (3.2); draft proposed order/judgment re MSJ (0.4); draft Declaration of Anoush Hakimi (1.3); draft Notice of Motion (0.4); draft Declaration of James Shayler (1.4) | K Wilson | 6.7 | $295 | $1,977 |
| 7/11/2021 | Draft Declaration of John Battista (1.5); draft Statement of Uncontroverted Facts (1.7); draft Memorandum of Points and Authorities (2.1) | K Wilson | 5.3 | $295 | $1564 |
| 7/11/2021 | Review of file in preparation for attending court conference | P Shahriari | 0.6 | $495 | $297 |
| 7/12/2021 | Attend conference with court regarding status of settlement | P Shahriari | 0.6 | $495 | $297 |
| 7/14/2021 | Review and revise MSJ and supporting documents | L Steven | 2.4 | $425 | $1020 |
| 7/16/2021 | Review and finalize MSJ and supporting documents | A Hakimi | 0.8 | $495 | $198 |
| 7/23/2021 | Review non-opposition to MSJ | A Hakimi | 1.2 | $495 | $594 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 7/23/2021 | Gather documents and prepare initial expert disclosures for production; produce same | L Steven | 1.2 | $495 | $594 |
| 7/30/2021 | Prepare and file Reply in support of MSJ | L Steven | 2.8 | $425 | $1190 |
| 8/13/2021 | Email exchange with Court's Clerk and Defendant's counsel regarding appearance for MSJ argument | L Steven | 0.3 | $425 | $128 |
| 8/13/2021 | Receive and review tentative ruling on MSJ | L Steven | 0.4 | $425 | $170 |
| 8/16/2021 | Receive and review ruling adopting tentative ruling granting MSJ | A Hakimi | 0.3 | $495 | $149 |
| 8/19/2021 | Attend continued post-mediation status conference | L Steven | 0.5 | $495 | $248 |
| 8/24/2021 | Receive and review Defendant's initial disclosures | A Hakimi | 0.4 | $495 | $198 |
| 8/27/2021 | Draft motion for attorneys' fees and supporting declarations | K Wilson | 2.2 | $295 | $649 |
| 8/27/2021 | Review fee motion; Declarations; Exhibits and Order | L Steven | 3.4 | $425 | $1445 |
| 8/30/2021 | Review and finalize motion for attorneys' fees and supporting declarations | A Hakimi | 1.4 | $495 | $693 |
| **Total** | | | **75.2** | | **$31,714** |