# EXHIBIT 1



THE LAW OFFICE OF HAKIMI & SHAHRIARI

Anoush Hakimi, Esq.
Peter Shahriari, Esq.
Laura Steven, Esq.
Kyle Wilson, Esq.

1800 Vine Street
Los Angeles, CA 90028
www.handslawgroup.com

TELEPHONE
(888) 635-2250

FACSIMILE
(213) 402-2170

*Billing Statement as of Thursday, July 29, 2021*

| | |
|---|---|
| Today's Date: | July 29, 2021 |
| Range: | 9/8/2020 – 7/29/2021 |
| Case: | James Shayler v. B-K Inglewood, et al. |
| Case No: | 2:20-cv-09172-DMG-GJS |

***Summary*:**

| | |
|---|---|
| Billable Hours: | 27.8 |
| Billable Fees: | $13,237 |
| Litigation expenses: | $672 |
| **Total:** | **$13,909** |

*Expense breakdown:*

| | |
|---|---|
| Filing Fee: | $402 |
| Service: | $30 |
| Investigator: | $240 |

*Hourly Billing Breakdown Follows*

| Date | Description | Biller | Time | Hourly Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 9/8/2020 | Speak with client regarding allegations | P Shahriari | 0.4 | $495 | $198 |
| 9/8/2020 | Research litigation, previous complaints, public resources regarding adverse action against defendant and tenant | P Shahriari | 0.6 | $495 | $297 |
| 9/8/2020 | Research online databases for financial background of owner, former ownership, other businesses owned by owner and nature of defendant's business operations and likely range of revenues | P Shahriari | 0.5 | $495 | $248 |
| 9/16/2020 | Review all data points and law regarding Plaintiff's complaint against B-K Inglewood Property, LLC, including architectural barriers that he personally encountered, and whether or not he desired to return if the barriers were removed | P Shahriari | 0.6 | $495 | $297 |
| 9/17/2020 | Advise investigator regarding scope pre-filing land inspection | P Shahriari | 0.4 | $495 | $198 |
| 9/30/2020 | Review work product of investigator with regard to pre-filing land inspection; Review and identify particular code violations; Review and analysis of ADAAG regarding same to determine if barriers are violations; Prepare complaint | P Shahriari | 3.6 | $495 | $1,782 |
| 10/2/2020 | Review complaint; Review property records regarding ownership and responsible party | A Hakimi | 1.1 | $495 | $545 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/6/2020 | Finalize complaint and other lawsuit supporting documents; File lawsuit | P Shahriari | 1.8 | $495 | $891 |
| 10/19/2020 | Review OSC regarding supplemental jurisdiction | P Shahriari | 0.3 | $495 | $149 |
| 10/26/2020 | Review, finalize, and file Plaintiff's Response to OSC regarding supplemental jurisdiction | P Shahriari | 0.4 | $495 | $198 |
| 11/23/2020 | Review Court's Order regarding supplemental jurisdiction | A Hakimi | 0.2 | $495 | $99 |
| 12/16/2020 | Review OSC regarding prosecution and calendar deadline | A Hakimi | 0.2 | $495 | $99 |
| 12/17/2020 | Prepare default warning letter to Defendant | P Shahriari | 0.2 | $495 | $99 |
| 12/22/2020 | Prepare default request and default declaration | P Shahriari | 0.4 | $495 | $198 |
| 12/23/2020 | Review clerk default | A Hakimi | 0.1 | $495 | $50 |
| 12/29/2020 | Review Order setting deadline to file default judgment application; calendar deadline; prepare default judgment warning and send to Defendant | P Shahriari | 0.3 | $495 | $149 |
| 1/26/2021 | Review investigator work product and brief conversation with investigator regarding his findings (.2); Review Court's specific procedures on CACD website (.1); Review pleadings (.3); Prepare inspector declaration (.7), client declaration (.3) and declaration of self (.3); Prepare memorandum of P&As (2.4); Review Court's hearing calendar (.2); Prepare application and judgment (.5); Email client and investigator (.1) | A Hakimi | 5.1 | $495 | $2,525 |

| Date | Description | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/27/2021 | Finalize documents and review for completeness; Compile where necessary; Prepare required notices | A Hakimi | 2.8 | $495 | $1,386 |
| 3/2/2021 | Review Order denying Application for Default Judgment | A Hakimi | 0.2 | $495 | $99 |
| 3/12/2021 | Prepare and file First Amended Complaint in accordance with Order re: Application for Default Judgment | L Steven | 0.9 | $425 | $383 |
| 5/10/2021 | Review OSC regarding prosecution and calendar deadline | A Hakimi | 0.2 | $495 | $99 |
| 5/14/2021 | Prepare default request and default declaration for both defendants | P Shahriari | 0.6 | $495 | $297 |
| 5/18/2021 | Review clerk defaults as to both defendants | P Shahriari | 0.1 | $495 | $50 |
| 5/18/2021 | Review Order setting deadline to file default judgment application; calendar deadline | P Shahriari | 0.2 | $495 | $99 |
| 5/24/2021 | Prepare default judgment warnings and send to Defendants | P Shahriari | 0.2 | $495 | $99 |
| 6/17/2021 | Review Court's Order regarding previous Default Judgment Application (.1); Review pleadings (.2); Prepare inspector declaration (.7), client declaration (.6) and declaration of self (.4); Prepare memorandum of P&As (1.2); Review Court's hearing calendar (.2); Prepare application and judgment (.2); Email client and investigator (.1) | A Hakimi | 3.7 | $495 | $1,832 |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7/15/2021 | Review Order granting Application for Default Judgment and Judgment | P Shahriari | 0.2 | $495 | $99 |
| 7/28/2021 | Draft declaration of Anoush Hakimi (.6); Notice of Motion and Motion for Attorneys' Fees (.3); Proposed Order (.2); Memorandum of Points and Authorities (1.1) | K Wilson | 2.2 | $295 | $649 |
| 7/29/2021 | Review and finalize Motion for Attorneys' Fees and supporting documents | L Steven | 0.3 | $425 | $128 |
| **Total** | | | **27.8** | | **$13,237** |