# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | Central District of California |
| U.S. District Court case number: | 2:20-cv-10751-GW-GJS |
| Date case was first filed in U.S. District Court: | 11/25/2020 |
| Date of judgment or order you are appealing: | 10/01/2021 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

James Shayler

Is this a cross-appeal?   ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

THE LAW OFFICE OF HAKIMI & SHAHRIARI

1800 Vine Street

City: Los Angeles   State: CA   Zip Code: 90028

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Anoush Hakimi   **Date** 10/13/2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*