|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 4 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>1310 PCH, LLC, a California Limited Liability Company,<br><br>　　　　Defendant-Appellee. | No.　21-56130<br><br>D.C. No.<br>2:20-cv-10751-GW-GJS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

　　The court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and that the decisional process would not be significantly aided by oral argument.  Therefore, this matter is ordered submitted on the briefs and record without oral argument on August 31, 2022, in Pasadena, California.  Fed. R. App. P. 34(a)(2).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7