UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES SHAYLER, an individual,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>1310 PCH, LLC, a California Limited Liability Company,<br><br>　　　　Defendant - Appellee. | No. 21-56130<br><br>D.C. No. 2:20-cv-10751-GW-GJS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

　　　The judgment of this Court, entered October 24, 2022, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　By: Howard Hom
　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7